*Court Of Appeals*
*Fourth Court of Appeals District of Texas*


# MEMORANDUM OPINION

No. 04-08-00163-CV

**MANN DEVELOPMENT, LTD.**,
Appellant

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-05367
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
              Catherine Stone, Justice
              Karen Angelini, Justice

Delivered and Filed:  August 13, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, and the appellee has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM